FILED
2016 NOV -7 PM 1:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL BRONSGEEST, <br><br> Defendant. | No. SACR16-00147 <br><br> I N F O R M A T I O N <br><br> [18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 2(a): Aiding and Abetting] |

The United States Attorney charges:

[18 U.S.C. §§ 1343, 2(a)]

A.  INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1.  Defendant ANGEL BRONSGEEST ("BRONSGEEST") and unindicted co-conspirator 1 ("co-conspirator 1"), individually and through Investors Workshops, Inc., The Equity Growth Group, Inc. ("TEGG"), and Global Orbit, Inc., offered investments in real estate.

B.  THE SCHEME TO DEFRAUD

2.  Beginning in or around 2007, and continuing to in or about May 2014, in Orange County, within the Central District of

California, and elsewhere, defendant BRONSGEEST and co-conspirator 1, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud investors as to material matters and to obtain money from investors, by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3. The fraudulent scheme was designed to operate, and did operate, as follows:

 a. Through false and fraudulent statements and written materials, defendant BRONSGEEST and co-conspirator 1 attempted to induce and did induce victims to invest in real estate through TEGG.

 b. To obtain the victims' money, defendant BRONSGEEST and co-conspirator 1 made material omissions and false promises and statements, including, without limitation, that TEGG controlled hundreds of properties it held for the long term, which generated profits for investors from rents paid to TEGG, and that through new investments TEGG would continue to acquire properties to generate more rental income.

4. To execute the aforementioned scheme, defendant BRONSGEEST and co-conspirator 1 knowingly engaged in fraudulent and deceptive acts, practices and devices, and caused false and deceptive statements to be communicated to, and material information to be concealed and omitted from, victims, including, without limitation, the following:

 a. That TEGG had a positive cash flow;

   b. That TEGG was acquiring new properties to generate additional rental income;

   c. That money invested by victims would be used to acquire new properties;

   d. That money invested by victims would be secured by the filing of deeds of trust on properties in the names of the investors;

   e. That victims would receive interest payments on their investments derived from profits from the rental of properties controlled by TEGG; and

   f. That money paid to victims as interest or return of investment was derived from profits TEGG earned through the rental of properties it controlled.

5. At the time defendant BRONSGEEST and co-conspirator 1 made and caused these statements to be made to victims, such statements were false, and defendant BRONSGEEST and co-conspirator 1 knew they were false, in that:

   a. Since approximately 2011, TEGG had a negative cash flow;

   b. Since approximately 2011, TEGG was not acquiring new properties;

   c. Money invested by victims was not used to acquire new properties;

   d. Money invested by victims was, in most cases, not secured by the filing of deeds of trust on properties in the names of the investors;

   e. Many victims did not receive interest payments on their investments; and

   f. Money that was paid to victims as purported interest or return of investment was from other investors and not from income to TEGG from the rental of properties it controlled.

  6. By devising, executing, and participating in the above scheme, defendant BRONSGEEST and co-conspirator 1 induced more than 50 victims to invest more than $3.4 million with TEGG.

C. <u>USE OF INTERSTATE WIRE COMMUNICATIONS</u>

  7. On or about July 26, 2013, in Orange County, within the Central District of California, and elsewhere, for the purpose of executing and attempting to execute the above-described scheme to defraud, defendant BRONSGEEST and co-conspirator 1 caused and aided and abetted the transmission of a $119,000 wire transfer from victim C.C. (American Estate &

Trust) to a Global Orbit bank account ending in 9506 by means of wire communication in interstate and foreign commerce.

A TRUE BILL

_____
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY W. STAPLES
Assistant United States Attorney